**Order entered October 17, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00760-CR

**BERNARD ANDRE EDWARDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F-1476339-Y**

## ORDER

Before the court are appellant's October 13, 2016 pro se motion to designate additional exhibits and motion for extension of time to file a brief. Because the report's record filed September 6, 2016 certified exhibits volume as complete, we **DENY** appellant's motion to designate additional exhibits.

We **GRANT** appellant's motion for an extension of time to file a brief and extend the time to DECEMBER 1, 2016. We caution appellant that no further extension will be granted absent extenuating circumstances.

s/      ELIZABETH LANG-MIERS
         JUSTICE